REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

-FILED-

AUG 23 2023

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| UNITED STATES OF AMERICA | ) | INDICTMENT |
|---|---|---|
| v. | ) ) ) ) | Cause No.  1:23-CR-52<br>Violations: 18 U.S.C. § 922(g)(1),<br>and 18 U.S.C. § 922(a)(6) |
| GREGORY A. MOORE, JR. | ) | |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about April 10, 2023, in the Northern District of Indiana,

GREGORY A. MOORE, JR.,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is to say:

On or about September 13, 2010, Gregory A. Moore, Jr. was sentenced on his conviction in the Allen Superior Court, State of Indiana, case number 02D04-0804-FD-302, for Possession of Cocaine or Narcotic Drug, a class D felony; and

On or about February 11, 2011, Gregory A. Moore, Jr. was sentenced on his conviction in the Allen Superior Court, State of Indiana, case number 02D05-1010-FD-1005, for Failure to Return to Lawful Detention, a class D felony;

did knowingly possess a firearm, and the firearm was in and affecting interstate and foreign commerce;

All in violation of 18 U.S.C. § 922(g)(1).

### THE GRAND JURY FURTHER CHARGES:

### COUNT 2

On or about July 26, 2022, in the Northern District of Indiana, GREGORY A. MOORE, JR, defendant herein, in connection with the attempted acquisition of a firearm, namely an SCCY Industries, CPX-2 pistol, from ZX Guns, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to ZX Guns, which statement was intended and likely to deceive ZX Guns, as to a fact material to the lawfulness of such sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant stated that he had never been convicted in any court of a felony or any other crime for which he could be imprisoned for more than one year, knowing that information to be false;

All in violation of 18 U.S.C. § 922(a)(6).

## FORFEITURE ALLEGATION

The allegations contained in the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of an offense alleged in the Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in the commission of the offense.

A TRUE BILL

/s/ Forperson
Foreperson

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

/s/ Stacey R. Speith
By: Stacey R. Speith
Assistant United States Attorney